UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY LEE MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-0220-G |
| WARDEN K.J. WENDT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After reviewing the petitioner's objections to the findings, conclusions and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are hereby accepted as the Findings of the court.

**SO ORDERED**.

July 20, 2005.

_____
A. JOE FISH
CHIEF JUDGE